Roger G. Segal (2908)
Chapter 7 Trustee
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                                      :
                                            :    Bankruptcy No. 08-28458 RKM
DANIEL WAYNE DURHAM                         :
                                            :    [Chapter 7]
                        --ooOoo--

### DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

_____ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

XX    B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---------|----------------------------------|------------|
|         | Citibank                         | $1.76      |
|         | c/o Resurgent Capital Services   |            |
|         | P.O. Box 19008                   |            |
|         | Greenville, SC 29602             |            |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: November 23, 2009.

_____
Roger G. Segal, Trustee